A CERTIFIED TRUE COPY

MAY 11 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED   MAY 11 2005

CLERK'S OFFICE

FILED
CLERK'S OFFICE
'05 MAY 16 P 2:54

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

     A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

<u>MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation</u>

    <u>Southern District of Alabama</u>

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

    <u>District of New Jersey</u>

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

    <u>Northern District of New York</u>

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

    <u>Southern District of New York</u>

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

05cv11029 PBS

ECF, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-09429-JSR

Veraas v. Pfizer Inc. et al
Assigned to: Judge Jed S. Rakoff
Demand: $1000000
Related Case: 1:04-cv-06704-JSR
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/01/2004
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Peter Veraas

represented by **Andrew G. Finkelstein**
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
914-562-0203
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Pfizer Inc.

represented by **Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert*

represented by **Erik March Zissu**
(See above for address)

| | |
|---|---|
| Company and Warner-Lambert Company L.L.C. | ATTORNEY TO BE NOTICED |
| **Defendant** | |
| **Warner-Lambert Company** | represented by **Erik March Zissu** (See above for address) ATTORNEY TO BE NOTICED |
| **Defendant** | |
| **Warner-Lambert Company L.L.C.** | represented by **Erik March Zissu** (See above for address) ATTORNEY TO BE NOTICED |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2004 | 1 | COMPLAINT against Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C.. (Filing Fee $ 150.00, Receipt Number 527634)Document filed by Peter Veraas.(laq, ) Additional attachment(s) added on 12/7/2004 (laq, ). Additional attachment(s) added on 12/7/2004 (laq, ). (Entered: 12/02/2004) |
| 12/01/2004 | | SUMMONS ISSUED as to Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C.. (laq, ) (Entered: 12/02/2004) |
| 12/01/2004 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-6704. (laq, ) (Entered: 12/02/2004) |
| 12/01/2004 | | Case Designated ECF. (laq, ) (Entered: 12/02/2004) |
| 12/17/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-6704. Notice of Assignment to follow. (jjm, ) (Entered: 01/03/2005) |
| 12/17/2004 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (jjm, ) Additional attachment(s) added on 2/23/2005 (jjm, ). (Entered: 01/03/2005) |
| 12/17/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (jjm, ) (Entered: 01/03/2005) |
| 01/03/2005 | | Mailed notice with Rules 2 & 3 to the attorney(s) of record. (jjm, ) (Entered: 01/03/2005) |
| 01/04/2005 | | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) affidavit of service for summons by Finkelstrin and Partners, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (snu, ) (Entered: 01/04/2005) |

| | | |
|---|---|---|
| 01/07/2005 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Pfizer Inc. served on 12/22/2004, answer due 1/11/2005. Service was accepted by Carol Vogt, authorized agent in the Office of the Secretary of State. Document filed by Peter Veraas. (Polimeni, Eleanor) (Entered: 01/07/2005) |
| 01/07/2005 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Warner-Lambert Company L.L.C. served on 12/22/2004, answer due 1/11/2005. Service was accepted by Carol Vogt, authorized agent in the Office of the Secretary of State. Document filed by Peter Veraas. (Polimeni, Eleanor) (Entered: 01/07/2005) |
| 01/11/2005 | 5 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Pfizer Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company L.L.C..(Zissu, Erik) (Entered: 01/11/2005) |
| 01/11/2005 | 6 | ANSWER to Complaint. Document filed by Pfizer Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company L.L.C..(Zissu, Erik) (Entered: 01/11/2005) |
| 01/12/2005 | 7 | CERTIFICATE OF SERVICE of Answer served on Kenneth B. Fromson, Esq., Finkelstein & Partners on January 11, 2005. Service was made by Mail. Document filed by Pfizer Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company L.L.C.. (Zissu, Erik) (Entered: 01/12/2005) |
| 02/01/2005 | 8 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Parke-Davis served on 1/4/2005, answer due 1/24/2005. Service was accepted by Elizabeth Carducci Staehl, Managing Agent. Document filed by Peter Veraas. (Polimeni, Eleanor) (Entered: 02/01/2005) |
| 02/01/2005 | 9 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Warner-Lambert Company served on 1/4/2005, answer due 1/24/2005. Service was accepted by Elizabeth Carducci Staehl, Managing Agent. Document filed by Peter Veraas. (Polimeni, Eleanor) (Entered: 02/01/2005) |
| 02/08/2005 | 10 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Peter Veraas (Polimeni, Eleanor) (Entered: 02/08/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/17/2005 16:29:56 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-09429-JSR |

| Billable Pages: | 2 | Cost: | 0.16 |